2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
OCT 22 2026
CLERK'S OFFICE
DETROIT

UNITED STATES OF AMERICA,

v.

Case No. 2:26-cr-20704
Hon. Susan K. DeClercq

RONALD DENNIS HAYES,

Defendant.
_______________________________/

## DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT

I, RONALD DENNIS HAYES, defendant in this case, hereby acknowledge that I have received a copy of the Indictment before entering my plea and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, may be sentenced as follows:

**Count One:** 18 U.S.C. § 2252A(a)(2), Receipt of Child Pornography, at least 5 and up to 20 years' imprisonment, at least 5 years and up to a life term of supervised release, and up to a $250,000 fine.

**Count Two:** 18 U.S.C. § 2252A(a)(5)(b), Possession of Child Pornography, up to 20 years' imprisonment, at least 5 years and up to a life term of supervised release, and up to a $250,000 fine.

X _______________________________
Ronald Hayes
Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

Sara Garber
Counsel for Defendant

Date: 10\22\26